1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNER OSBALDO HERNANDEZ, | )  1:10cv0528 OWW DLB |
| | ) |
| | ) |
| Plaintiff, | )  ORDER GRANTING APPLICATION TO |
| | )  PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | )  (Document 2) |
| HOMEQ SERVICING, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff Anner Osbaldo Hernandez ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on March 25, 2010, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.


IT IS SO ORDERED.

**Dated:   March 29, 2010**            _____ **/s/ Dennis L. Beck** _____
                                    UNITED STATES MAGISTRATE JUDGE

1